STATE of Missouri, Respondent,

v.

Paul R. WILLIAMS, Appellant.

No. WD 39522.

Missouri Court of Appeals,
Western District.

April 19, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

As Modified June 17, 1988.

Application to Transfer Denied
July 26, 1988.

Katherine E. Ladesh, Asst. Public Defender, Liberty, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of robbery in the second degree, in violation of § 569.030, RSMo 1986, and from a sentence of twenty years imprisonment pursuant to

the "persistent offender" statute, § 558.016.3, RSMo 1986.

Affirmed.   Rule 30.25(b).

Jeffrey L. LOVEALL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38611.

Missouri Court of Appeals,
Western District.

April 19, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Application to Transfer Denied
July 26, 1988.

Fred Duchardt, Public Defender, Liberty, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial, following an evidentiary hearing, of a Rule 27.26 motion for post-conviction relief.

Affirmed.   Rule 30.25(b).